## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SCOTT LINTZENICH          ) | |
|                                       ) | |
|    Plaintiff,                           ) | |
|                                       ) | Case No. 4:14-cv-01470-AGF |
| vs.                                      ) | |
|                                       ) | |
| GC SERVICES LIMITED PARTNERSHIP   ) | |
|                                       ) | |
|    Defendant.                         ) | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, SCOTT LINTZENICH, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                                        Respectfully Submitted,

DATED: September 29, 2014          By: /s/ Raymond E. Probst, Jr.
                                                      Raymond E. Probst, Jr.
                                                      827 Armstrong Ave
                                                      Kansas City KS 66101
                                                      913-281-0699
                                                      Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2014, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

s/ Raymond E. Probst, Jr.
Raymond E. Probst, Jr.
Attorney for Plaintiff
