UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCOTT LINTZENICH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:14-CV-01470-AGF |
| ) | |
| GC SERVICES LIMITED PARTNERSHIP, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

In light of the parties' joint status report (Doc. No. 6), all deadlines shall be stayed for thirty (30) days to permit the parties to complete their settlement and file dismissal documents.

Dated this 8th day of October, 2014.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE