## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| SCOTT LINTZENICH | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:14-cv-01470-AGF |
| vs. | ) | |
| | ) | |
| GC SERVICES LIMITED PARTNERSHIP | ) | VOLUNTARY DISMISSAL |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

SCOTT LINTZENICH (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GC SERVICES LIMITED PARTNERSHIP. (Defendant), in this case.

                                                  Respectfully Submitted,

DATED:  November 10, 2014         By: /s/ Raymond E. Probst, Jr.
                                                Raymond E. Probst, Jr.
                                                827 Armstrong Ave
                                                Kansas City KS 66101
                                                913-281-0699
                                                Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2014, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

                                                s/ Raymond E. Probst, Jr.
                                                Raymond E. Probst, Jr.
                                                Attorney for Plaintiff